# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

FREDERICK LUCERO,

    Plaintiff,

v.                                                                No. 2:22-cv-00299-KWR-JHR

9TH JUDICIAL DISTRICT COURT, *et al*,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order (**Doc. 4**) filed **April 29, 2022**, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Frederick Lucero's Prisoner Civil Rights Complaint (**Doc. 1**) is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**